**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **STEWART C BRANNON,** | : | |
| | : | |
| **Petitioner,** | : | |
| **v.** | : | **Case No. 5:25-cv-459-MTT-CHW** |
| | : | |
| **JOSHUA JONES,** | : | |
| | : | |
| **Respondent.** | : | |
| _____ | : | |

## <u>ORDER</u>

*Pro se* Petitioner Stewart C. Brannon, an inmate in the Hays State Prison in Trion, Georgia, filed a federal habeas corpus petition seeking relief pursuant to 28 U.S.C. § 2254, challenging his conviction from the Superior Court of Houston County, Georgia. *See* ECF No. 1 at 1. Petitioner also filed an affidavit and authorization to withdraw funds from his prison trust fund account that shows he has a current balance of $144.53 in his prison trust fund account. ECF No. 2 at 2. The fee for filing a habeas corpus action is only $5.00. Petitioner must therefore pay the filing fee if he wishes to proceed with this case. If Petitioner's financial circumstances have changed and he no longer has funds to pay the amount required, Petitioner may file a motion for leave to proceed *in forma pauperis* and explain why he cannot now pay the $5.00 filing fee. Petitioner should include an updated prison trust fund account statement with any renewed motion for leave to proceed *in forma pauperis* that he files.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a motion for leave to proceed *in forma pauperis*

explaining his present inability to pay.   Petitioner is also instructed to immediately notify the Court in writing of any change in his mailing address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.**   There will be no service of process in this case until further order of the Court.

     **SO ORDERED**, this 21st day of November, 2025.


       s/ Charles H. Weigle_____
       Charles H. Weigle
       United States Magistrate Judge